UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND MASCARENAS,<br><br>  Petitioner,<br>v.<br><br>GREG SMITH, *et al.*,<br><br>  Respondents. | Case No. 3:14-cv-00054-MMD-VPC<br><br>ORDER |

In this habeas corpus action, brought by Nevada prisoner Raymond Mascarenas, the Court ordered respondents to expand the record, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, by filing, as exhibits, the video of Mascarenas' statement to the police, which was introduced into evidence and viewed by the jury at Mascarenas' trial (*see* Trial Transcript, Exhibit 12B, p. 221-22 (ECF No. 21-1 at 40-41)), and a transcript of that statement. *See* Order entered June 22, 2016 (ECF No. 38); Order entered July 13, 2016 (ECF No. 40).

On August 4, 2016, respondents filed a Motion for Leave to File Exhibits Under Seal (ECF No. 41), requesting leave of court to file the video and transcript under seal. Respondents make that request in order to protect the privacy of the victim of the crime in Mascarenas' case.

The Court finds that there is good cause for the sealed filing requested by respondents, and the Court will, therefore, grant respondents' motion.

1   It is therefore ordered that respondents' Motion for Leave to File Exhibits Under
2 Seal (ECF No. 41) is granted.  Respondents are granted leave of court to file under seal
3 the exhibits described in their motion filed on August 4, 2016 (ECF No. 41).

   DATED THIS 5th day of August 2016.

   _____
   MIRANDA M. DU
   UNITED STATES DISTRICT JUDGE