AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RAYMOND MASCARENAS,

    Petitioner,    JUDGMENT IN A CIVIL CASE

v.

                    CASE NUMBER:  **3:14-cv-00054-MMD-VPC**

GREG SMITH, et al.,

    Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (ECF No. 8) is denied. Petitioner is denied a certificate of appealability.


September 15, 2016                                                   **LANCE S. WILSON**
                                                                                                 Clerk

                                                                                                  /s/ K. Rusin
                                                                                               Deputy Clerk